**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division**

CARROLL BOSTON CORRELL, JR.,
On behalf of himself and
others similarly situated,

    Plaintiff,

v.                       Civil Action No. 3:16CV467

MARK R. HERRING,
In his official capacity as
Attorney General of the
Commonwealth of Virginia, et al.,

    Defendants.

**ORDER**

This matter is before the Court on Plaintiff's MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (Docket No. 4). Pursuant to the 3:00 p.m. conference call of June 28, 2016, it is hereby ordered that the Order of June 27, 2016 (Docket No. 11) is modified to state that:

(1)   Plaintiffs shall submit an amended complaint by 11:59 p.m. on June 29, 2016.

(2)   Defendants shall submit (a) an answer and (b) their response to Plaintiff's MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (Docket No. 4), both by 11:50 p.m. on July 1, 2016.

All other dates are unmodified from the Order of June 27, 2016 (Docket No. 11).

If the parties find that they must exceed the page limitations of the Local Rules in briefing on Plaintiff's MOTION FOR TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION (Docket No. 4), they may do so.

It is so ORDERED.

_____ /s/   R E P

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date:  June 28 , 2016