# Appendix A



# Virginia Delegate Allocation

*The following Resolution was adopted by the Republican Party of Virginia's State Central Committee on September 19, 2015:*

RESOLVED: The Republican Party of Virginia adopted the March 1, 2016 Presidential Primary as the method by which Virginia's delegation to the 2016 Republican National Convention will be bound. Based on the results certified by the Virginia State Board of Elections of the Virginia Presidential Primary, the Delegates and Alternate Delegates will be bound as follows:

1. Each of Virginia's 46 elected Delegates and 46 elected Alternate Delegates, including those elected at Quadrennial Congressional District Conventions and those elected At-Large at the Quadrennial State Convention, shall be bound for the first ballot at the Republican National Convention based on the official results as certified by the Virginia State Board of Elections of the March 1, 2016 Virginia Presidential Primary.

2. In order to comply with the national Rules of the Republican Party, the Republican Party of Virginia will proportionally allocate among the presidential candidates receiving votes in its March 1, 2016 Republican Presidential Primary the Delegate votes of the 46 Delegates and 46 Alternate Delegates to be elected in Virginia in 2016 at the Virginia Republican State Convention and at the Congressional District Conventions.  This is with the understanding that Virginia will continue to be entitled to 13 At-Large Delegates.

   The percentage of the 46 Delegate votes each candidate receives will be based as follows on the percentage of votes that candidate receives in the March 1 primary.  Multiply 46 by the fraction of the total primary vote the candidate receives.  Since fractional Delegate votes are forbidden by national party rules, for each candidate, round upward or downward to the nearest whole number of Delegates.

   For example, assume six candidates received eligible votes in the primary as follows: Candidate A 43.4%, Candidate B 18.12%, Candidate C 17.0%, Candidate D 12.5%, and Candidate E 8.90%.

*(continued)*

That would produce the following Delegate votes per candidate:

|  |  | After rounding |
|---|---|---|
| Candidate A | 46 x 0.4340 = 19.964 | 20 Delegate votes |
| Candidate B | 46 x 0.1812 = 8.335 | 8 Delegate votes |
| Candidate C | 46 x 0.1700 = 7.820 | 8 Delegate votes |
| Candidate D | 46 x 0.1250 = 5.750 | 6 Delegate votes |
| Candidate E | 46 x 0.0890 = 4.094 | 4 Delegate votes |

3. In the event that a Delegate or Alternate Delegate is unallocated due to mathematical rounding, the unallocated delegate vote shall be cast in favor of the candidate closest to the rounding threshold. In the event that Delegates or Alternate Delegates are over-allocated due to mathematical rounding, the over-allocated delegate shall be removed from the candidate furthest from the rounding threshold.

4. As Virginia's representatives on the Republican National Committee, the Chairman, National Committeewoman, and National Committeeman shall not be bound.

# Appendix B

 **National Delegate**

## *Declaration and Statement of Qualifications*

I, _____, hereby indicate my intention to seek election as an At-Large Delegate to the 2016 Republican National Convention by the 2016 Republican Party of Virginia Quadrennial Convention to be held on April 29-30, 2016.

In accordance with the Qualifications for Participation set forth in the Official Call and Article I of the Plan of Organization, I also do hereby certify that I am a registered voter in Virginia, I am in accord with the principles of the Republican Party, and I intend to support all the Nominees of the Republican Party during my term on the Republican National Committee.

I further acknowledge, understand, and agree that if elected, my vote on the first ballot for President at the Republican National Convention will be bound by the results of the March 1, 2016 Virginia Presidential Primary, in accordance with the Allocation Resolution adopted by the RPV State Central Committee on September 19, 2015. I further acknowledge that all costs associated with my candidacy and potential service as a National Delegate are my own responsibility.

Signature _____ Date_____

Print Name _____

Address _____

City _____ Virginia, Zip Code _____

Cell Phone _____ Home Phone:_____

E-mail _____

Please complete this form and return it by mail or in person to Chairman, c/o Executive Director of the Republican Party of Virginia; 115 East Grace Street – Richmond, Virginia 23219, which must be received not later than 5:00pm EST on **March 1, 2016**. Postmarks will not govern.