

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CARROLL BOSTON CORRELL, JR., on
behalf of himself and others
similarly situated,

    Plaintiffs,

v.                                       Civil Case No. 3:16-cv-467

MARK R. HERRING, in his official
Capacity as the Attorney General
Of the Commonwealth of Virginia,
et al.,

    Defendants.

**ORDER**

This matter is before the Court on the MOTION TO INTERVENE BY JOHN FREDERICKS, WAVERLY WOODS, MICHAEL BELEFSKI, EUGENE DELGAUDIO, VIRGIL GOODE, TAMARA NEO, HOWARD LIND, AND BRANDON HOWARD (ECF No. 22). For the reasons set forth on the record on July 1, 2016, and because the Intervenors satisfy the requirements of intervention by right, as set forth in Fed. R. Civ. P. 24(a), as well as the requirements for permissive intervention set forth in Fed. R. Civ. P. 24(b), it is hereby ORDERED that the motion is granted. It is further ORDERED that the Intervenors shall file their Memorandum in Opposition to

Plaintiff's Motion for Temporary Restraining Order and Preliminary Injunction forthwith.

It is so ORDERED.

/s/ _RεP_
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: July 1, 2016