IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



FILED
JUL 11 2016
CLERK, U.S. DISTRICT COURT
RICHMOND, VA

CARROLL BOSTON CORRELL, JR.,
on behalf of himself and
others similarly situated,

    Plaintiff,

v.                                               Civil Action No. 3:16cv467

MARK R. HERRING, in his
Official capacity as Attorney
General of the Commonwealth
of Virginia, et al.,

    Defendants.

## ORDER

For the reasons and to the extent set forth in the accompanying Memorandum Opinion, judgment is hereby entered on behalf of the plaintiff, Carroll Boston Correll, Jr., individually, on Counts I and II of the FIRST AMENDED VERIFIED CLASS ACTION COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF (ECF No. 20) and the prayer for declaratory relief made therein is granted, the Court declaring that Va. Code § 24.2-545(D) is unconstitutional in violation of the First Amendment to the United States Constitution, as made applicable to Commonwealth of Virginia, by the Fourteenth Amendment to the United States Constitution.

It is further ORDERED that the Commonwealth of Virginia will be, by separate Order, enjoined permanently from enforcing Va. Code § 24.2-545(D) against Carroll Boston Correll, Jr.

It is further ORDERED that Count III of the FIRST AMENDED VERIFIED CLASS ACTION COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF (ECF No. 20) is dismissed with prejudice, there having been no evidence or argument in support of that Count. It is further ORDERED that Counts IV and V of the FIRST AMENDED VERIFIED CLASS ACTION COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF (ECF No. 20) shall be regarded as prayers for declaratory and injunctive relief, respectively, as to which no separate judgment need be entered because judgment is being entered on Counts I and II.

It is so ORDERED.

/s/ REP
Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: July 11, 2016