

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

CARROLL BOSTON CORRELL, JR.,
on behalf of himself and
others similarly situated,

    Plaintiff,

v.                                    Civil Action No. 3:16cv467

MARK R. HERRING, in his
Official capacity as Attorney
General of the Commonwealth
of Virginia, et al.,

    Defendants.

**ORDER OF PERMANENT INJUNCTION**

The Court having tried the issues presented by Counts I and II of the FIRST AMENDED VERIFIED CLASS ACTION COMPLAINT FOR INJUNCTIVE AND DECLARATORY RELIEF (ECF No. 20) and having entered separate judgment in favor of Carroll Boston Correll, Jr. thereon, by virtue of a finding that Va. Code § 24.2-545(D) is unconstitutional in violation of the First Amendment of the United States Constitution, made applicable to the Commonwealth of Virginia by the Fourteenth Amendment to the United States Constitution, the Court finds that the plaintiff, Carroll Boston Correll, Jr., has proved that he will suffer an irreparable injury absent an injunction; that the remedies available to him at law are inadequate to foreclose, or compensate for, such

injury; that considering the balance of hardships as between the Plaintiff and the Defendants and the Intervenors, the remedy of injunction in equity is warranted; and that the public interest will be served by a permanent injunction, and thereupon it is hereby ORDERED that the Defendants, their officers, agents, servants, employees, attorneys, and any other persons in active concert or participation with any of them, be, and the same hereby are, permanently enjoined from enforcing against Carroll Boston Correll, Jr. the provisions of Va. Code § 24.2-545(D).

    It is so ORDERED.

                                                /s/
                                 Robert E. Payne
                                 Senior United States District Judge

Richmond, Virginia
Date: July 11, 2016